# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FELICIA EDWARDS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:20-CV-00778-X ) |
| UNIVAR USA INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Felicia Edwards and the sole two Opt-In Plaintiffs Priscilla Narvaez and Megan Mitchell (collectively, "Plaintiffs"), by and through their attorneys, submit this Stipulation of Dismissal With Prejudice and move the Court for a dismissal of this action with prejudice as this matter has been resolved. Specifically, this settlement resolves a bona fide dispute between Plaintiffs and Defendant Univar USA Inc. (collectively, the "Parties") as to whether the Fair Labor Standards Act, 29 U.S.C. 201 §§ *et seq.*, entitled Plaintiffs to overtime wages during their "on-call" hours. *See Garcia v. 8th Ave. Wings, LP*, No. 4:18-CV-464-A, 2018 WL 6591822, at *1 (N.D. Tex. Dec. 14, 2018) ("Here, the settlement agreement resolves a bona fide dispute as to whether the FLSA entitles [the plaintiff] to overtime payments. The agreement occurred within the context of a lawsuit, and both parties were represented by counsel when they signed it. As a result, the agreement is enforceable without the court's approval."). All costs of court and/or attorneys' fees incurred by the Parties will be paid by the Parties incurring them.

WHEREFORE, Plaintiffs respectfully request that this action and the claims asserted therein be dismissed with prejudice as to Defendant Univar USA Inc. and that each party will be

held responsible for the costs of court and attorneys' fees that they each incurred.

Dated: January 21, 2021

Respectfully submitted,

_____
James A. Vagnini
jvagnini@vkvlawyers.com
Alexander M. White
awhite@vkvlawyers.com
**Valli Kane & Vagnini LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
T: (516) 203-7180
F: (516) 706-0248
Jay D. Ellwanger
Texas Bar No. 24036522
jellwanger@equalrights.law
David W. Henderson
Texas Bar No. 24032292
dhenderson@equalrights.law
**Ellwanger Law LLLP**
400 South Zang Blvd., Suite 1015
Dallas, Texas 75208
T: (469) 998-6675
F: (737) 808-2262

/s/ *Shira R. Yoshor*
Shira R. Yoshor
State Bar No. 00788730
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7806
Fax: (215) 501-5854
yoshors@gtlaw.com

Amanda A. Williams
State Bar No. 24065281
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601
williamsam@gtlaw.com

Keshia M. Tiemann
Georgia Bar No. 751051
(admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212
Tiemannk@gtlaw.com

*Attorneys for Plaintiffs*                              *Attorneys for Defendant*

SO ORDERED.

Dated: _____ , 2021
　　　　Dallas, Texas


_____
　　　BRANTLEY STARR
　　United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date of the foregoing document's filing with the Court, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                                                                     */s/ Alexander M. White*
                                                                     Alexander M. White