UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELICIA EDWARDS<br>*individually and on behalf of all*<br>*others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVAR USA, INC.<br><br>*Defendant.* | § § § § § § § § § § § § | Civil Action No. 3:20-CV-00778-X |

## ORDER OF DISMISSAL

Having received the parties *Stipulation of Dismissal* [Doc. No. 26], the Court hereby **DISMISSES** all claims by all parties **WITH PREJUDICE**. Each party will bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED** this 22nd day of January 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE